UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., <br> **Plaintiff** <br><br> -v- <br><br> COLUMBIASOFT CORPORATION, <br> Defendant <br> **Defendant** | Case No. 07 CV 4061 (RWS) <br><br><br> **Rule 7.1 Statement** |

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Millennium, L.P.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 5/22/07

*[signature]*
**Signature of Attorney**
Jean-Marc Zimmerman
**Attorney Bar Code:** (JZ7743)

Form Rule7_1.pdf