UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                        :
MILLENNIUM, L.P.,                                       :   Index No.: 07-CV-4061 (RWS)
                                                        :
                Plaintiff,                              :   NOTICE OF MOTION TO
                                                        :   TRANSFER VENUE TO THE
        -against-                                       :   UNITED STATES DISTRICT COURT
                                                        :   FOR THE DISTRICT OF OREGON
COLUMBIASOFT CORPORATION,                               :   PURSUANT TO 28 U.S.C. § 1404(a)
                                                        :
                Defendant.                              :
------------------------------------------------------- :
                                                        x
```

**TO:   Jean-Marc Zimmerman**
**Zimmerman, Levi & Korsinsky, LLP**
**226 St. Paul Street**
**Westfield, New Jersey 07090**

PLEASE TAKE NOTICE that Defendant ColumbiaSoft Corporation, by its attorneys, Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby moves this Court to transfer this civil action to the United States District Court for the District of Oregon under 28 U.S.C. § 1404(a).

PLEASE TAKE FURTHER NOTICE that Defendant ColumbiaSoft will rely upon annexed Memorandum of Law, and Declarations of Richard Day and John McIntyre, the pleadings on file and such other and further argument and evidence as may be presented to this court.

>   Respectfully submitted,
>   COLE, SCHOTZ, MEISEL,
>   FORMAN & LEONARD, P.A.
>   Attorneys for Defendant ColumbiaSoft
>   Corporation
>
>   By: */s/ David M. Kohane*
>         David M. Kohane

Dated: July 2, 2007

1