# EXHIBIT "1"

Westlaw.                                                                NewsRoom

3/19/06 STLGRN 1                                                          Page 1


3/19/06 Star-Ledger (Newark N.J.) 1
2006 WLNR 4617201

                        Star-Ledger, The (Newark, NJ)
      Copyright 2006 The Star-Ledger. All Rights Reserved. Used by NewsBank with
                                      Permission.

                                   March 19, 2006


                                 Section: BUSINESS

Patent lawsuits: Best defense or just offensive? Ex-Jersey inventor's aggressive tactics draw companies' ire

GREG SAITZ

First come the lawsuits, alleging patent infringement.

Then come the letters, offering to settle the matter for a reasonable fee to avoid the "expense of litigation."

Is it a courthouse shakedown or a legitimate inventor protecting his rights?

In the case of former New Jersey resident Mitchell Medina - an inventor and Evangelical minister now running an organization in Kenya promoting computer literacy - it is hard to say. He has filed at least 60 lawsuits in federal court during the past several years, alleging infringement on some of the 17 U.S. patents he holds.

Some - most notably the companies he is suing - say Medina and his attorney employ questionable tactics, filing frivolous lawsuits in hopes of making money through a quick settlement. His attorney insists in court papers Medina is a "prolific inventor who is lawfully enforcing his constitutionally mandated patent rights."

Medina's latest batch of complaints, filed in recent months, came amid a national debate about another patent dispute involving the BlackBerry mobile e-mail service. Earlier this month, BlackBerry maker Research in Motion of Canada agreed to pay the patent-holder, a small company called NTP, $612.5 million to settle all issues.

In that case, which dragged on for years and nearly led to a shutdown of portable e-mail service for millions of customers, BlackBerry supporters accused NTP of trying to squeeze Research in Motion with infringement claims on long-dormant patents.

Patent infringement cases themselves are hardly unique. Last year, 2,720 patent infringement lawsuits were filed, according to federal records, down more than 11 percent from 2004. Greg Aharonian, who publishes the Internet Patent News Service,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Ex. 1 - Page 1 of 4
Dec. of John McIntyre

3/19/06 STLGRN 1                                                          Page 2

said smaller patent holders aren't doing anything different than big corporations that sue.

"The problem is such people who do it with bad patents should be tarred, feathered and made to listen to George Bush for a few hours - they're bad people," said Aharonian, who also researches the validity of patents for companies. "But they aren't doing anything illegal."

The recent claims by Medina revolve around computer technology used in dealing with data scanned into a computer from a hard-copy document. He also asserts his patents apply to technology allowing customers of on line retailers to enter information into Web sites and have it transferred to company computers.

AN INVENTOR AND EVANGELIST

Medina pursued dozens of other lawsuits in the '90s against handbag makers and sellers related to patented latches and fasteners.

The inventor and evangelist, who lived in Essex Fells and Roseland before moving in 2000 to Nairobi, Kenya, didn't respond to questions sent via e-mail. His attorney, Jean-Marc Zimmerman of Westfield, didn't respond to several calls.

In New Jersey, Medina, 54, operated an organization called the Faith Network, also known as Paraclete Ministries, according to divorce and business records. He also is listed as registered agent of Medina End Time Ministries, a nonprofit group.

Medina wrote to a Kenyan newspaper two years ago, saying he has ministered in that country since 1988, has six university degrees and that he receives royalties from his patents. The U.S. Patent and Trade Office lists Medina as inventor or co-inventor on 17 patents, including a device for collecting dog poop.

He said he donates more than half his income to charity. "Hundreds of thousands of people have heard me preach," Medina wrote to the East African Standard, noting he was well-known in the Pentecostal community.

Back in the United States, his companies, Millennium LP and more recently, Eon-Net LP, have sued large businesses such as Linens 'n Things and Hewlett-Packard, as well as smaller ones such as Cedartech and the Wine Messenger.

A FIGHT IN BUFFALO

Sargur Srihari, a professor at the University of Buffalo, is fighting a June 2005 lawsuit by Medina and Millennium.

Srihari is president of Cedar tech, a corporation the university established to transfer technology developed by its employees. Medina claims in court records that software developed by Srihari and his colleagues infringes on his patents.

"I don't know how this patent got issued," said Srihari, director of the university's Center of Excellence for Document Analysis and Recognition. "I've been working on this technology for 30 years, well before the patent was filed."

Medina's approach seems to be standard in most cases. File a lawsuit, and then quickly offer to settle. In a letter sent to CoolAnimalStuff.com, an Internet

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/19/06 STLGRN 1                                                        Page 3

retailer that sells baby toys, Zimmerman, Medina's attorney, offered to resolve the case for between $25,000 and $75,000, depending on the company's annual Web sales.

"On its face, it seems to be an effort to weaponize a patent," said Chicago trademark attorney Christopher Renk, who recently moderated a teleconference on questionable patent assertions. "I've responded to letters like that and many others have, too."

One of those others was Richard Samuel, CoolAnimalStuff's attorney. He wrote in court papers the company was "unwilling to succumb to Eon-Net's questionable tactics."

"Eon-Net's attempt to settle numerous cases immediately and for nominal amounts is clearly indicative of Eon-Net's business plan and strategy - namely, to quickly profit by betting that individual defendants will choose settlement over the more expensive option of defending a meritless lawsuit," Samuel wrote in a May 2005 court filing.

SETTLEMENTS REACHED

At least some have. A docket review of more than 50 complaints filed by Medina shows several cases closed after the two sides reached a settlement. The terms weren't disclosed.

One business, Internet retailer BabyAge, discovered technical problems with Eon-Net's patent, which attorneys said rendered Medina's claims invalid. A judge refused to dismiss the case, however, and the two sides settled earlier this year.

Another former New Jersey resident, Jerome Lemelson, once pursued a similar strategy to Medina. He collected $1.5 billion in licensing fees from nearly 1,000 companies he sued, alleging infringement on some of his more than 600 patents, the Associated Press has reported.

Debate still exists on whether Lemelson, who was inducted into the New Jersey Inventors Hall of Fame in 1990 and died in 1997, was a prolific genius or a shrewd manipulator of the patent system.

To a lesser degree, the same questions seem to revolve around Medina.

"If these people were the inventors and they got the patent on it - and there's a presumption of validity - they certainly have the right to go after those they believe are infringing on the patent," said Richard Catalina Jr., a Shrewsbury patent attorney and past chairman of the intellectual property section of the New Jersey Bar Association.

---

Greg Saitz may be reached at gsaitz@starledger.com or (973) 392-7946.

---- INDEX REFERENCES ----

COMPANY: NAI; GEORGE; HEWLETT PACKARD CO

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/19/06 STLGRN 1                                                              Page 4

NEWS SUBJECT: (Legal (1LE33); Technology Law (1TE30); Information Technology Crime (1IN42); Intellectual Property (1IN75); Business Lawsuits & Settlements (1BU19); Patents & Trademarks (1PA79); Economics & Trade (1EC26))

INDUSTRY: (I.T. (1IT96); Security (1SE29); Computer Equipment Advanced Technology (1CO81); Computer Equipment (1CO77); I.T. Regulatory (1IT67))

REGION: (Kenya (1KE61); Americas (1AM92); East Africa (1EA80); New Jersey (1NE70); North America (1NO39); Africa (1AF90); USA (1US73))

Language: EN

OTHER INDEXING: (BLACKBERRY; CEDAR; DOCUMENT ANALYSIS; FIGHT; GEORGE; HEWLETT PACKARD; INTERNET; INTERNET PATENT NEWS SERVICE; INVENTOR; LINENS; LP; NAI; NEW JERSEY BAR ASSOCIATION; SHREWSBURY; TRADE OFFICE; US PATENT; UNIVERSITY OF BUFFALO; WINE MESSENGER) (Aharonian; Back; Christopher Renk; Greg Aharonian; Greg Saitz; Jean-Marc Zimmerman; Jerome Lemelson; Lemelson; Richard Catalina Jr.; Richard Samuel; Samuel; Sargur Srihari; Srihari; Zimmerman)

EDITION: FINAL

Word Count: 1394
3/19/06 STLGRN 1
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.