# EXHIBIT "2"

Westlaw.                                                              NewsRoom
3/8/07 USFEDNEWS (No Page)                                              Page 1

3/8/07 US Fed. News (Pg. Unavail. Online)
2007 WLNR 4371697

US Federal News
Copyright 2007 US Fed News (HT Syndication)

March 8, 2007

U.S., Kenyan Inventors Develop Information Processing Methodology

By US Fed News

ALEXANDRIA, Va., March 8 -- Robert Lech of Jackson, N.J., Catherine B. Elias of Plainsboro, N.J., and Mitchell A. Medina of Nairobi, Kenya, have developed a system for efficiently processing information originating from hard copy documents.

An abstract of the invention, released by the U.S. Patent & Trademark Office, said: "An information processing methodology gives rise to an application program interface which includes an automated digitizing unit, such as a scanner, which inputs information from a diversity of hard copy documents and stores information from the hard copy documents into a memory as stored document information. Portions of the stored document information are selected in accordance with content instructions which designate portions of the stored document information required by a particular application program. The selected stored document information is then placed into the transmission format required by a particular application program in accordance with transmission format instructions. After the information has been transmission formatted, the information is transmitted to the application program. In one operational mode, the interface interactively prompts the user to identify, on a display, portions of the hard copy documents containing information used in application programs or for storage."

The inventors were issued U.S. Patent No. 7,184,162 on Feb. 27.

The patent has been assigned to Eon-Net LP, Tortola, British Virgin Islands.

The original application was filed on April 15, 2005, and is available at: http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l=50&s1=7,184,162.PN.&OS=PN/7,184,162&RS=PN/7,184,162.

HTS dkmf 070308-196069

---- INDEX REFERENCES ----

NEWS SUBJECT: (Intellectual Property (1IN75); Patents & Trademarks (1PA79); Economics & Trade (1EC26))

INDUSTRY: (I.T. (1IT96); Computer Equipment Advanced Technology (1CO81); Computer Equipment (1CO77); I.T. Regulatory (1IT67))

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/8/07 USFEDNEWS (No Page)                                              Page 2

REGION:    (Kenya (1KE61); Americas (1AM92); East Africa (1EA80); North America
(1NO39); USA (1US73); Africa (1AF90))

Language:   EN

OTHER INDEXING:    (FED NEWS ALEXANDRIA; INVENTORS DEVELOP INFORMATION PROCESSING; US
PATENT; US PATENT TRADEMARK OFFICE)   (Catherine B. Elias; Robert Lech)

Word Count: 353
3/8/07 USFEDNEWS (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.