**EXHIBIT "3"**

Computer Literacy Initiative of Kenya:e-LEARNING                                                    Page 1 of 1



# Welcome to CLIK.org
## Computer Literacy Initiative Of Kenya

- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

### Welcome to CLIK

If crossing the Digital Divide is essential to increased competitiveness and breaking the cycle of poverty in Africa (and it is), families and government's can't afford the investment to negotiate the passage (and they can't), and adding to the existing debt burden will only make things worse (and it will), there is no other alternative but for external institutions to fund a major initiative in computer literacy through grants-in-aid.

Appropriate accountability mechanisms must form part of such an initiative, to ensure that the grants do not miscarry. But for the moment, it suffices to say that human beings are inherently productive, and intrinsically motivated by concern for their own welfare. Placing basic IT skills in the hands of the Kenyan population will lead ineluctably to increased competitiveness and economic growth.

more info...

- **CLIK.org: Project Overview** (PowerPoint)

### CLIK Activities

This CLIK.org: site features...

- **About Us**: Face-to-face and distance learning opportunities provided by CLIK.org.
- **Objectives**: CLIK's Master Plan for bringing computer literacy skills to every young person in Kenya.
- **Training**: CLIK collaborates with Moi University, KCITI and other organizations.
- **Photo Gallery**: See CLIK Computer Literacy projects throughout Kenya, undertaken in co-operation with the leading figures of the Government of the day.
- **Clik for Community** Tetu Constituency Central province Kenya is beneficiery of CLIK.org for community.
- **Contact Us**: Meet and contact the people who make CLIK's mission possible.
- **Second e-School Training**
- **CLIK.org for Cops**

CLIK is currently training Administration Police at the Certificate and Diploma levels.

Tetu Constituency Central province Kenya is beneficiery of CLIK.org for community.

- **On site Training**, a Teachers are being trained onsite on how to use and share Iinformation Technology in schools in rural areas

### Current Events

Current CLIK.org news and upcoming events.

### News Flash !

- CLIK to set up labs and train teachers in the following schools:
  1) Maranda High School, Nyanza
  2) St. Patrics Iten, R.Valley
  3) Nduru Boys, Kisii
- **CLIK for Cops**: Training of 1000 officers going on at the Administration Training College ATPC, Embakasi
- Distribution of 214 computers to begin by 20th April 06
- Maranda Boys Highschool boasts of having trained 700 boys in basic and intermediate levels in our e-school program in 1 year
- The 2nd e-School Training program was launched on 3rd August 2005 at Ufungamano House Nairobi.
- Clik has offered scholarships to over 100 teachers for advanced training at Moi University in December 2005.

http://www.clik.org/index.htm

Ex. 3- Page 1 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING                                      Page 1 of 1


CLIK.org

## Computer Literacy Initiative Training Program

CLIK is in Collaborations with Moi University, KCITI and other organizations

- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

CLIK.org emphasizes on training teachers simultaneously with the donation of hardware. It is only logical that power users must be trained for the hardware donation make sense. The training is done on the basis of a sound curriculum and through institution(s) of repute. There are far too many Cowboy Computer Colleges in Kenya!

All of our training and hardware donations are based on state of the-art computer hardware and software. We ensure this objective by partnering with Moi University in Eldoret, and Kenya Christian Industrial Training Institute (KCITI) Nairobi. KCITI offers a wide range of industrial training, including the assembly of computers. Plans are underway with Moi University to develop a training curriculum that will provide certificates and diplomas to advanced users.

**Venue of Training:**

Our training is carried out in two forms; depending on practical logistics. In some cases, we send trainers to schools in remote rural areas. In others, we bring hundreds of teachers together for training at one of our partners' venues which are equipped with state of the art hardware.

### CLIK - Moi University Memorandum of Agreement.

Contact Us | Home | Training | Objectives | Photo Gallery                    © 2001  2005 CLIK.org

Computer Literacy Initiative of Kenya:e-LEARNING                                Page 1 of 1



CLIK.org

Training
About Us
Objectives
CLIK for Cops
CLIK for Community
Photo Gallery
Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

## Computer Literacy Initiative Of Kenya - About Us

Face-to-face and distance learning opportunities provided by CLIK.org

### About CLIK.org

Computer Literacy Initiative of Kenya is a non-governmental organization (NGO) registered to operate in Kenya. Our mission is to build computer literacy through learning institutions by donating of computer hardware, software and training.

The program has been funded for the last three years by its founder Dr. Mitch Medina, Ph.D. Dr. Medina is a preacher who is motivated by Jesus and great love for the Kenyan people. However, he is also a computer scientist with 16 patents, mainly in the computer field. He uses half of his royalty income to finance this initiative. However, this source is not infinite and synergies with development partners are welcomed.

Currently the Norwegian NGO, FAIR.no is partnering with CLIK.org. FAIR.no will be donating 200 computers to graduates of CLIK's second-level computer literacy training in August, 2005. In addition, the Australian government, through its ARSAS program, is partnering with us to make the second level training possible. The job of bringing computer literacy to the 30 million people of Kenya is vast. Recognizing that CLIK.org cannot do that alone, we trust that our partnerships with Moi University, KCITI, FAIR.no and others will help create the critical mass to fuel Kenya's digital renaissance.

Kenya has a unique potential to embrace the digital economy due to its status as the most fluent English-speaking nation in the region. While CLIK.org has great respect for Kiswahili and admiration for the achievements of Africa culture, the fact remains that English is the universal language of Information Economy. Kenya is also blessed in that it has the best-developed educational infrastructure and literacy levels in the region.

With a team of talented and skilled staff we have made a good start on the achievement of many of our objectives; some of which seemed nearly impossible when we started out. These include:

- Coordinating unprecedented training of high school teachers and Administration Police officers country-wide.
- Creating good relationships with dozens of Members of Parliament, who identify the schools we work with.
- Conducting student elections in schools to have the students select their favorite teachers to receive our training.
- Installation of computer hardware and professional networking of the labs.
- Offering instant technical response to emerging technical issues in our pilot universe of schools

But we need your help to reach our wider objective: the vision of a computer literate Kenya, having bridged the Digital Divide, and enjoying the fruits of prosperity from participation in the worldwide Information Economy.

- "CLIK" here to donate: Computers
- "CLIK" here to sponsor: A teacher

Computer Literacy Initiative of Kenya:e-LEARNING       Page 1 of 2


CLIK.org

- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

**Welcome to CLIK.org**
**Computer Literacy Iniative CLIK - Moi MOU**

 

**Moi University in corporation with CLIK**

**MEMORANDUM OF AGREEMENT**

This Memorandum of Agreement is written in the spirit of cooperation to promote economic development in Kenya through the provision, maintenance and institutionalization of computer literacy labs and training in the schools of Kenya.

**Between**

Moi University of P.O. Box 3900, Eldoret, a University chartered in the Republic of Kenya (which expression shall include successors in title, Company, trust or any other organisation legally registered by Moi University and with specific agreement, any affiliate institution or assignee) on the one hand,

**And**

Computer Literacy Initiative of Kenya (CLIK.org) an NGO registered in the Republic of Kenya (which expression shall include successors in title, Company, trust or any other organisation legally registered by CLIK.org, and with specific agreement, any legally registered affiliate or other institution or assignee) on the other hand.

**Whereas**

The two institutions consent to establishing a Memorandum of Agreement.

This Memorandum of Agreement witnesseth as follows:

1) **Areas of Co-operation**

Subject to the availability of funds and approval of the Vice Chancellor of Moi University and the Chairman of CLIK.org, or their nominees, in the interest of expanding computer literacy in the nation of Kenya and beyond and with reference to the attached Master proposal of CLIK.org as it may be refined from time to time, the two parties will develop programme activities which are mutually beneficial in the following areas:

    a. Training of teacher education students in computer literacy.

    b. In-service training of existing teachers in computer literacy.

    c. Mobilization of Moi University students to provide logistical and technical support for computer literacy installations existing or to be built in the schools of Kenya.

http://www.clik.org/mou.htm

Ex. 3- Page 4 of 17
Dec. of John McInty

### 2) Implementation

**a.** All programmes or activities implemented under the terms of this Memorandum of Agreement shall be mutually agreed upon in writing, including the necessary budget for the programme of activity as the need may arise.

**b.** The parties will designate one officer each who will develop and co-ordinate specific programmes or activities between them.

### 3) Duration and Renewal of Memorandum of understanding

This Memorandum of Understanding shall remain in force for a period of five (5) years from the date of the last signature and may be extended by mutual consent of the two parties.

### 4) Amendments of Memorandum of Understanding

**a.** This Memorandum of Understanding may be amended by making of an agreement, which is specific to an area of collaboration between the two Institutions.

**b.** Such amendments, once approved by both Institutions will form part of this Memorandum of Understanding.

### 5) Termination of Memorandum of Understanding

This Memorandum of Understanding may be terminated by either party giving a ninety (90) days notice to the other party in writing, provided however that such termination shall not affect the completion of any programme or activity underway at the time that the notice of termination is given.

Computer Literacy Initiative of Kenya:e-LEARNING                                        Page 1 of 1



CLIK.org

- Training
- About Us
- Objectives
- CLIK for Coos
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

## Computer Literacy Initiative Of Kenya's Objectives

Communication tools tested by CLIK.org to assist transboundary school projects

**Objective**: Families in Kenya, the nation to which the present Initiative is directed, are still having plenty of trouble finding post-primary school fees for their children, which amount to only a small fraction of the cost of a computer. Until January 2003, when the new NARC government took the bold step of reinstituting free primary education (on a wing and a prayer, and without money on hand to actually fund it), many small children worked in fields or begged on the streets because their parents couldn't afford to send them to school at all.

So if the average Kenyan family cannot realistically be expected to provide itself with a computer on which to acquire basic IT skills, it follows that institutional help must come from somewhere to build those skills.

CLIK as an organization therefore came in, to seed schools in Kenya with computers and adequately train the teachers to enable' them produce power users. Seeding the schools in computers will require 56,000 PC's in over 20,000 educational institutions to improve computer literacy.

Each trained teacher, on graduation receives a donated computer for their school. These are networked by CLIK.org on site to enable those teachers to implement basic computer literacy education in their primarily rural schools.

The CLIK Training Curriculum is structured around the Microsoft products.

CLIK.org is also Training teachers thereafter each teacher is donated a computer, this provide computer skills and basic education implementation.
We are also creating Power Users by identify high achievers within the trained teachers and provide further advanced training to support IT infrastructure in different regions.

**How do we select the teachers to train?** CLIK holds a democratic election by students of teachers to be trained. We believe the kids are the ones who know best who teaches them well, and we also want to avoid favoritism that arise if the selection job were left to the school administration. Our trainees agree with the Teachers Service Commission to remain in the school system for atleast two years so that the benefit teachers receive from the free training can be immedietely transferred from education to the private sector.

Since, the Kenyan government does not have the funds, our grants-in-aid include donating state-of-the-art hardware to identified school, along with software, technical support and the training scholarships to teachers who have met CLIK.org's selection criteria.

**Accountability**: Appropriate accountability mechanisms must form part of such an Initiative, to ensure that the grants do not miscarry. But for the moment, it suffices to say that human beings are inherently productive, and intrinsically motivated by concern for their own welfare. Placing basic IT skills in the hands of the Kenyan population will lead ineluctably to increased competitiveness and economic growth.

**Other benefits:** Existing organizations will benefit from more capable staffing through this investment in enhanced human capital. But, perhaps even more importantly, the dissemination of IT skills throughout the population will lead to the creation of innumerable micro-enterprises, not on the discredited model of top-down state planning, but through seizure of economic opportunity by the newly-computer-literate stakeholders on the ground who are best situated to perceive it.

**Clik: Project Overview** (PowerPoint)



CLIK.org

# Computer Literacy Initiative Of Kenya for Cops

Police Force to serve the Kenyan community literate

- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

**To enable the members of the Disciplined Forces to enhance the efficiency of their day to day operations, it is imperative that the police force is computer literate.**

This will improve:

1. Communications.
2. Data storage and retrieval.
3. Efficiency in administration.
4. Intergration with other, government institutions that are embracing the e-government strategy.
5. The ability to tackle the challenge of terrorism.

We believe that once the police force is efficient, then crime monitoring and general policing work will be enhanced. The end product of this is economic growth and human resource development.

The Administration Police, which is uniquely force that is thoroughly entrenched in the countryside, is best suited to disseminate computer literacy awareness to the rural population. According to Training Commandant Mr. George Macgoye, the Government's plan to retrench lower cadre civil servants who do clerical jobs especially in district, divisional and location offices, put the Administration Police Officers in those areas on the spot to carry out such functions since, in many cases, they are the only public officers available. Therefore the need to have these officers train in computers alongside their usual training at A.P.T.C. is not trivial.

Dr. Mitch Medina, the CEO and Chairman of CLIK.org pledged that, as we receive additional help from outside donors the vision of "CLIK for Cops" will surely come to pass. The AP will be the first one to undergo such a coveted training and with the help of God, it is our hope that the vision shall be realizable sooner than later. For the other uniformed forces computer literacy is also an idea whose time has come.

### The Uniqueness of Kenya in the African Digita Environment

The emancipation of information technology from the elite to the masses is the only relevant approach to improove the socio-economic dimensions of life in Africa society. This is because the global trend has metamorphosed to digitalized operation.

This however, has not had a uniform start globally; the West and Asia are the main beneficiaries especially because of their improved technologies and strong economies. It is not arguable that the need for digital operation is proportionate to the strength of economy. But the average global economy does not necessarily follow this principle. For Africa the Digital Age has come, and failure to comply with its imperatives is an exercise in futility whose immediate result is irrelevance.

Africa lags far behind in digital operation, a scenario that creates a phenomenon popularly known as "the Digital Divide". This "divide" is between the digitized economies with advanced

This African situation has been exacerbated by endless conflicts, HIV AIDS and immense poverty. Illiteracy is also a major contributory factor, as is low mastery of the English language.

However, Kenya is in unique situation. It is stable politically and has considerable economical potential. The level of appreciation and mastery of English language in the country is formidable.

The existence of 17,000 primary schools, 3,500 secondary schools, and 6 public universities plus private institutions at each level is a clear testimony of the Government's deliberate effort to improve literacy and education. Above all, the Government now emphasizes compulsory and free primary education as a prerequisite to the socialization of the all Kenyan children.

In this enabling environment, universal computer literacy is achievable, especially considering the critical mass that is a beneficiary of at least basic education, i.e. Form 4. This mass can comfortably appreciate the use of computers and learn how to use them.

CLIK.org is committed to help Kenya "Bridge the Digital Divide". This commitment has been demonstrated in last year's e-School Program, which focused on 70 secondary schools. Over 243 teachers and 9 District Education officers benefited from this Basic Training. Computer hardware was donated to these schools and networks in each institution will be built out in due course after our second training in August, 2005.

Computer Literacy Initiative of Kenya:e-LEARNING                                    Page 2 of 2

This is the more reason CLIK.org has considered their request to start a training centre in this college. We believe at least 30 computers will be needed . However, according to the obtaining obligations and limited resources, we have to date donated 10 computers, networked them and have provided provided basic training to 80 officers, and advanced instruction to 10 more, at our costs. We believe that new recruits will immensely benefit from this program, as well as working officers. In service courses will be organized in collaboration with the planning mechanisms of the force.

technologies and other economies which lack them. The disparity is overwhelming.

With these changes, there is no gainsaying that communications, storage of data, research, and other useful technologies have transformed the way of life with tremendous impact. Africa has no choice but to join the fray. But with limited human and capital resources, the pace is incredibly slow, with a couple of exceptions in South Africa and Egypt. The efforts to mainstream the fibre optic cable as a data transmission medium in in East Africa is an essential step, yet it is here that progress is the slowest.

To enable institutions of higher learning, CLIK.org has partnered with Moi University and is to open a training centre at Chepkoilel Campus which will be an advanced training centre for Western, Nyanza and North Rift. For Nairobi, Central, Eastern and other parts, the Kenya Christian Industrial Training Institute (K.C.I.T.I) is the training centre. All of this is financed by CLIK.org.

**CLIK: Operational Phase brochure**

**CLIK:Services brochure**

**CLIK: Project Overview**
(PowerPoint)

Contact Us | Home | Training | Objectives |Photo Gallery                    © 2001 - 2005 CLIK.org

http://www.clik.org/cops.htm

Ex. 3- Page 8 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING                    Page 1 of 5



## Picture gallery

Technology development, publication and Training facilities photos for CLIK.org projects



- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org



Kenya's Vice-President, Hon. Moody Awori (left), receives one of the five computers donated by C.E.O, Computer Literacy Initiative of Kenya Dr. Mitch Medina, to Bumbe Technical Institute at Funyula in Busia District.



Administration Police Band entertain guests during their graduation ceremony.



M.P. Kwhisero constituency Hon. Julius Arungah, C.E.O, Computer Literacy Initiative of Kenya Dr. Mitch Medina, and M.P. Tinderet Constituency Hon. Henry Kosgey follow proceedings during the launch of the 1st e-school Teacher Training in Kenya at K.C.I.T.I in August 2004

C.E.O, Computer Literacy Initiative of Kenya Dr. Mitch Medina with 2004 Nobel Peace Laureate; Prof. Wangari Maathai. Together they launched of a new partnership program. CLIK for Community Service at the Green Belt Movement offices in Nairobi.

http://www.clik.org/picgallery.htm

Exhibit 3- Page 9 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING     Page 2 of 5





The first Administration Police Officers graduands trained under the CLIK for Cops computer program undertaken at the Administration Police Training College at Embakasi, Nairobi.



Mr. Martin Musyimi, Dean of Technical Studies at Kenya Christian Industrial Training Institute (K.C.I.T.I), emphasizing the importance of Information Technology (I.T) in Kenya today.

CLIK.org C.E.O. Dr. Mitch Medina, Ugenya Constituency M.P. Hon. Archbishop Ondiek (right) and CLIK.org National Program Coordinator Samuel Ongoro, (back facing camera) at the launching of 1st e-School Teacher Training in

http://www.clik.org/picgallery.htm

Ex. 3- Page 10 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING    Page 3 of 5



Kenya at KCITI in August 2004.



A section of the 300 High School teachers from across the country ready to participate in a one-month comprehensive training on Introduction to Computers. The 1st e-School training in Kenya at K.C.I.T.I in August, 2004.



CLIK.org Field Officers listen to the proceedings during the Administration Police graduation ceremony.



Computer Literacy Initiative of Kenya C.E.O Dr. Mitch Medina delivers a speech during the graduation ceremony of the Administration Police of Kenya at their Training College in Embakasi, Nairobi.

Computer Literacy Initiative of Kenya:e-LEARNING                               Page 4 of 5



Mr. Michael Adara, CLIK.org
I.T. manager at the Administration
Police graduation ceremony.



The Administration Police College
Commandant George Macgoye
congratulates his fellow
Administration Police officers for their
superb performance in computer
studies during the graduation
ceremony at the Administration
Police Training College in Embakasi,
Nairobi.



Computer Literacy Initiative of Kenya
C.E.O, Dr. Mitch Medina donates a
state of the art digital camera to
Sayare Television Station. It is
received by the station's Managing
Director, Pastor Eli Rop, in Eldoret.

Mr. Berkeley Hackett, the Principal of
Kenya Christian Industrial Training
Institute (K.C.I.T.I), delivers a speech
on the Importance of Computers
during the graduation ceremony of
the Administration Police of Kenya at
the Administration Police Training
College, Embakasi, Nairobi.

http://www.clik.org/picgallery.htm

Ex. 3- Page 12 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING                                    Page 5 of 5





From left: Resource Network International Director Dr. Maria Medina, Computer Literacy Initiative of Kenya, C.E.O Dr. Mitch Medina, Former President of Kenya, Daniel Moi, R.N.I National program coordinator, Carolyne Ruto, and Hon. Julius Sunkuli, at Kabarak ,Nakuru.

Contact Us |  Home | Training | Objectives |Photo Gallery                © 2001 - 2005 CLIK.org

http://www.clik.org/picgallery.htm

Ex. 3- Page 13 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING　　　　　　　　　　　　　　　　Page 1 of 1


CLIK.org

Training
About Us
Objectives
CLIK for Cops
CLIK for Community
Photo Gallery
Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email:
drmedina@CLIK.org

## CLIK contact information

Distributed Contact to implement CLIK.org's mission Personnel


Dr. Mitch Medina
Chairman and Chief Executive CLIK.org
DrMedina@CLIK.org


Mr. Michael Adara
IT Manager / System Administrator
MikeAdara@aol.com


Mr. Samuel Ongoro
National Programme Coordinator
SamuelOngoro@aol.com


Mr. Thomas Oduor
Office Admin / IT Assistant
thomasodhlambo2004@yahoo.co.uk

Contact Us | Home | Training | Objectives | Photo Gallery　　　　　　　　© 2001 - 2005 CLIK.org

http://www.clik.org/contact_us.htm

Computer Literacy Initiative of Kenya: e-LEARNING                                                   Page 1 of 3


CLIK.org

# CLIK for Community Programme

Technology development for the community is availed

- Training
- About Us
- Objectives
- CLIK for Cops
- CLIK for Community
- Photo Gallery
- Contact Us

P. O. Box 665
Village Market
Nairobi Kenya
Tel: +254-733-333-042
Email: drmedina@CLIK.org

**A Case of Tetu Constituency in Central Province (Kenya).**

In cognizance of the fact that a good portion of our youth between the age of 19 - 35 form an integral part of our labour force potential, there is real need to equip this group with desirable skills and training that can enable them to be relevant in the job market.

The above is easily achievable given the fact that this particular group have some how undergone through their secondary schools, tertiary institutions including university education. This group is obviously receptive to learning and training.

According to the current trends, employing anyone who lacks computer skills in any sector (especially the private sector) is nigh impossible. The world is "a digital economy" and whoever is not digitally compliant is surely irrelevant and cannot possibly cope with the irreversible digital emancipation.

Our motivation is therefore to equip these people with computer skills so as to enable them have to be employable and be self-reliant.
This task is indeed enormous and we highly appreciate if you will be interested in aiding us with relevant synergies to make this possible.

Through partnership with the Nobel Peace laureate, Prof. Wangari Maathai and through Greenbelt Movement, CLIK.org has embarked on a pilot program in Tetu Constituency in Central Kenya. We have established a community training centre at Wamagana Catholic Parish with top of the range Pentium 4 computers. We have also posted a lecturer to camp there and start teaching on the basics. Many graduates are surely enthused by the program.

Since we have received positive signals from Microsoft's Unlimited Potential, Greenbelt Movement and the Kenya Christian Industrial Training Institute (KCITI), we are confident we can be able to replicate this program to all 210 constituencies throughout the country.

We believe this is noble than the village polytechnics that offer skills that are outdated and irrelevant to the global trends.

CLIK.org welcomes any donation inform of sponsorship of a teacher, or computer hardware please CLIK below to donate.


*The CLIK for Community Launch in Tetu*


*Prof. Wangari addressing the crowd during the launch of CLIK for community in Tetu constituency.*


*Prof. Wangari the Tetu member of parliament and Ass. Minister for Environment opens the computer lab's door during the launch of CLIK for Community program.*

http://www.clik.org/community.htm

Ex. 3- Page 15 of 17
Dec. of John McIntyre

Computer Literacy Initiative of Kenya:e-LEARNING          Page 2 of 3

- **Donate a computer**
- **Sponser a teacher**


*A young Tetu residence tries it out with the help of Prof. Wangari's PA Alex*


*CLIK and Greenbelt Movement group photo in Tetu during the community program launch.*


*Dr. Mitch signs the visitors, looking on his right is Prof. Wangari Mathaai the 2004 Nobel peace price winner at her constiuency during te launch of a community center in her constituency.*


*You can't go without doing this in mother natures contstituency.*

*Dr. Mitch Medina with the help of Prof. Wangari plants a tree at the community centre.*


*Dr. Mitch Waters the plant after planting*

Computer Literacy Initiative of Kenya:e-LEARNING						Page 3 of 3

Contact Us | Home | Training | Objectives | Photo Gallery						© 2001 - 2005 CLIK.org