**EXHIBIT "4"**

# Select A Case

**This person is a party in 30 cases.**

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 1:00-cv-05908-RCC | Millennium, L.P. v. Captiva Software | filed 08/09/00 | closed 02/26/01 |
| 1:01-cv-03734-JGK | Millennium, L.P. v. Readsoft AB, et al | filed 05/02/01 | closed 01/15/02 |
| 1:02-cv-10102-LTS-AJP | Millennium, L.P. v. Top Image Systems, et al | filed 12/24/02 | closed 09/12/03 |
| 1:03-cv-01838-RWS | Millennium, L.P. v. Dakota Imaging, Inc. | filed 03/17/03 | closed 02/27/04 |
| 1:03-cv-01839-SHS | Millennium, L.P. v. Recognition Research | filed 03/17/03 | closed 06/02/03 |
| 1:03-cv-01840-JES | Millennium, L.P. v. Datacap Inc. | filed 03/17/03 | closed 06/05/03 |
| 1:03-cv-03899-GBD | Millennium, L.P. v. Anydoc Software | filed 05/29/03 | closed 09/16/03 |
| 1:03-cv-03900-DC | Millennium, L.P. v. Hyland Software | filed 05/29/03 | closed 12/10/03 |
| 1:03-cv-07311-NRB | Millennium, L.P. v. Filenet Corporation | filed 09/17/03 | closed 04/09/04 |
| 1:03-cv-08563-HB | Millennium, L.P. v. Ceresoft, Inc. | filed 10/30/03 | closed 02/02/04 |
| 1:03-cv-08564-DAB | Millennium, L.P. v. Laserfiche Document | filed 10/30/03 | closed 04/23/04 |
| 1:03-cv-08565-RMB | Millennium, L.P. v. Optika Inc. | filed 10/30/03 | closed 02/13/04 |
| 1:04-cv-02860-HB | Millennium, L.P. v. Impression Technology, Inc. | filed 04/14/04 | closed 06/21/04 |
| 1:04-cv-02861-WHP | Millennium, L.P. v. SER Solutions, Inc. | filed 04/14/04 | closed 07/30/04 |
| 1:04-cv-03116-RJH | Millennium, L.P. v. Scansoft, Inc. | filed 04/23/04 | closed 03/07/05 |
| 1:04-cv-03117-RJH | Millennium, L.P. v. Docubase Systems | filed 04/23/04 | closed 07/22/05 |
| 1:04-cv-06104-DC | Millennium, L.P. v. Scan-Optics, Inc. | filed 08/06/04 | closed 12/02/04 |
| 1:05-cv-02282-JGK | Millennium, L.P. v. R2K, Inc. | filed 02/18/05 | closed 06/05/06 |

Ex. 4- Page 1 of 2

| | | | |
|---|---|---|---|
| 1:05-cv-03094-HB | Millennium, L.P. v. I.R.I.S., Inc. | filed 03/22/05 | closed 10/06/05 |
| 1:05-cv-04891-KMW | Millennium, L.P. v. Verity, Inc. | filed 05/20/05 | closed 06/09/05 |
| 1:05-cv-05040-DC | Millennium, L.P. v. Optical Image Technology, Inc. | filed 05/26/05 | closed 06/13/05 |
| 1:05-cv-05436-GEL | Millennium, L.P. v. Comcom Systems, Inc. | filed 06/08/05 | closed 10/05/05 |
| 1:05-cv-05881-RPP | Millennium, L.P. v. Cedartech, Inc. | filed 06/24/05 | closed 01/05/06 |
| 1:05-cv-09942-GBD | Millennium, L.P. v. Documentum, Inc. | filed 11/23/05 | closed 01/03/06 |
| 1:06-cv-00522-GEL | Millennium, L.P. v. Hewlett-Packard Company | filed 01/24/06 | closed 05/05/06 |
| 1:06-cv-00964-LMM | Millennium, L.P. v. Captaris, Inc. | filed 02/07/06 | closed 05/16/06 |
| 1:07-cv-04061-RWS | Millennium, L.P. v. Columbiasoft Corporation | filed 05/23/07 | |
| 1:07-cv-04800-BSJ | Millennium, L.P. v. Vignette Corporation | filed 06/06/07 | |
| 1:96-cv-08251-MBM | Millennium, L.P. v. Compaq Computer Corp | filed 11/01/96 | closed 09/19/97 |
| 1:99-cv-01577-JSM | Millennium, L.P. v. Cardiff Software | filed 03/02/99 | closed 12/02/99 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2007 17:33:12 | | | |
| PACER Login: | tt0003 | Client Code: | 99998-1 |
| Description: | Search | Search Criteria: | Last Name: millennium Type: pty |
| Billable Pages: | 2 | Cost: | 0.16 |