**EXHIBIT "5"**

CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:03-cv-08564-DAB

Millennium, L.P. v. Laserfiche Document
Assigned to: Judge Deborah A. Batts
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 10/30/2003
Date Terminated: 04/23/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

Millennium, L.P.    represented by    **Jean-Marc Zimmerman**
Zimmerman, Levi & Korsinsky, LLP (NJ)
226 St. Paul Street
Westfield, NJ 07090
(908) 654-8000
Fax: 908 6547207
Email: jmzimmerman@zlk.com
*LEAD ATTORNEY*

V.

**Defendant**

Laserfiche Document Imaging    represented by    **Jennifer Seraphine**
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212) 326-3846

**Counter Claimant**

Laserfiche Document Imaging    represented by    **Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

Millennium, L.P.

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2003 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 490081. (jjm) (Entered: 10/31/2003) |
| 10/30/2003 |   | Magistrate Judge Henry B. Pitman is so designated. (jjm) (Entered: 10/31/2003) |
| 10/30/2003 | 2 | RULE 7.1 CERTIFICATE filed by Millennium, L.P. . (jjm) (Entered: 10/31/2003) |
| 10/31/2003 |   | Mailed notice to Commissioner of Patents and Trademarks to report the filing of this action. (jjm) (Entered: 10/31/2003) |

Ex. 5- Page 1 of 2
Dec. of John McIntyre

| | | |
|---|---|---|
| 12/04/2003 | 3 | STIPULATION AND ORDER: the time for defendant LaserFiche Document to answer or otherwise respond to the complaint is extended to 12/24/03. (Signed by Judge Deborah A. Batts on 12/3/03) (db, ) (Entered: 12/15/2003) |
| 12/04/2003 | | Set Answer Due Date purs. to [3] Stipulation and Order as to Laserfiche Document Imaging answer due on 12/24/2003. (db, ) (Entered: 12/15/2003) |
| 12/22/2003 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Laserfiche Document Imaging.(Gencarello, John) (Entered: 12/24/2003) |
| 12/22/2003 | 5 | ANSWER to Complaint, COUNTERCLAIM against Millennium, L.P. Document filed by Laserfiche Document Imaging.(Gencarello, John) (Entered: 12/24/2003) |
| 12/22/2003 | 6 | MOTION to Transfer Case to the Central District of California. Document filed by Laserfiche Document Imaging. (Gencarello, John) (Entered: 12/24/2003) |
| 12/22/2003 | 7 | MEMORANDUM OF LAW in Support re: [6] MOTION to Transfer Case. Document filed by Laserfiche Document Imaging. (Gencarello, John) (Entered: 12/24/2003) |
| 12/22/2003 | 8 | DECLARATION of William J. Adams in Support re: [6] MOTION to Transfer Case. Document filed by Laserfiche Document Imaging. (Gencarello, John) (Entered: 12/24/2003) |
| 12/22/2003 | 9 | DECLARATION of Paul E. Torchia, Esq. in Support re: [6] MOTION to Transfer Case. Document filed by Laserfiche Document Imaging. (Gencarello, John) (Entered: 12/24/2003) |
| 01/23/2004 | 10 | STIPULATION AND ORDER, that plaintiff Millennium, L.P. will not oppose the Motion to Transfer to the United States District Court for the Central District of California filed by defendant Compulink Management Center, inc. d/b/a/ LaserFiche Document Imaging. (Signed by Judge Deborah A. Batts on 1/21/04) (dfe, ) (Entered: 02/02/2004) |
| 04/23/2004 | 11 | TRANSFER ORDER granting [6] Motion to Transfer Case. The Clerk of the Court is directed to transfer this case to the Central District of California. (Signed by Judge Deborah A. Batts on 4/21/04) (cd, ) (Entered: 04/26/2004) |
| 04/23/2004 | 12 | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Central, California. Sent original file, cover letter along with documents numbered 1-11, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8408 3967 4830 on 5/3/04. PLEASE NOTE THERE IS NO NUMBER 12. (cd, ) Modified on 5/3/2004 (cd, ). (Entered: 05/03/2004) |
| 05/20/2004 | | Received a letter from the United States District Court - Central District of California acknowledging receipt of the entire file and assigned Case Number: 04-cv-3329 (MMM) (EX). (jeh, ) (Entered: 05/20/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2007 17:39:15 | | | |
| PACER Login: | tt0003 | Client Code: | 99998-1 |
| Description: | Docket Report | Search Criteria: | 1:03-cv-08564-DAB |
| Billable Pages: | 2 | Cost: | 0.16 |

Ex. 5- Page 2 of 2
Dec. of John McIntyre