# EXHIBIT "6"

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:01-cv-03734-JGK

Millennium, L.P. v. Readsoft AB, et al
Assigned to: Judge John G. Koeltl
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 05/02/2001
Date Terminated: 01/15/2002
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

Millennium, L.P.   represented by   **Anthony A. Coppola**
Abelman Frayne & Schwab
666 Third Avenue
New York, NY 10017
212 885-9376
Fax: 212 682-6499
Email: aacoppola@lawabel.com
*LEAD ATTORNEY*

**Jeffrey A Schwab**
Abelman, Frayne & Schwab
150 East 42nd Street
New York, NY 10017-5612
(212) 949-9022
*LEAD ATTORNEY*

V.

**Defendant**

Readsoft AB   represented by   **Steven Carl Schroer**
Fitch, Even, Tabin & Flannery
1942 Broadway, Suite 213
Boulder, CO 80302
303-402-6971
Fax: 303-402-6970
Email: scschr@fitcheven.com
*LEAD ATTORNEY*

**Defendant**

Readsoft Inc.   represented by   **Steven Carl Schroer**
(See above for address)
*LEAD ATTORNEY*

**Counter Claimant**

Readsoft AB   represented by   **Steven Carl Schroer**
(See above for address)
*LEAD ATTORNEY*

**Counter Claimant**

Readsoft Inc.   represented by   **Steven Carl Schroer**
(See above for address)

Ex. 6- Page 1 of 5
Dec. of John McIntyre

*LEAD ATTORNEY*

V.

**Counter Defendant**

Millennium, L.P.            represented by   **Anthony A. Coppola**
(See above for address)
*LEAD ATTORNEY*

           **Jeffrey A Schwab**
(See above for address)
*LEAD ATTORNEY*

**Counter Claimant**

Readsoft AB            represented by   **Steven Carl Schroer**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

Millennium, L.P.            represented by   **Anthony A. Coppola**
(See above for address)
*LEAD ATTORNEY*

           **Jeffrey A Schwab**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2001 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 404779. (tp) (Entered: 05/03/2001) |
| 05/02/2001 | | Magistrate Judge Henry B. Pitman is so designated. (tp) (Entered: 05/03/2001) |
| 05/02/2001 | 2 | RULE 1.9 CERTIFICATE filed by Millennium, L.P. (tp) (Entered: 05/03/2001) |
| 05/02/2001 | | Mailed notice to Commissioner of Patents and Trademarks. (tp) (Entered: 05/03/2001) |
| 05/21/2001 | 3 | AFFIDAVIT OF SERVICE of summons and complaint, etc. as to Readsoft AB by Bill Heh on 5/3/01. Answer due on 5/23/01 for AB. (kw) Modified on 05/23/2001 (Entered: 05/23/2001) |
| 05/21/2001 | 4 | AFFIDAVIT OF SERVICE of summons and complaint, etc. as to Readsoft Inc. by Bill Heh on 5/3/01. Answer due on 5/23/01 for Readsoft Inc. (kw) (Entered: 05/23/2001) |
| 06/25/2001 | 5 | CIVIL SCHEDULING ORDER: time to move or answer extended to 7/13/01; no additional parties may be joined or causes of action asserted after 8/10/01; no additional defenses may be asserted after 8/24/01; no procedural motions shall be filed or heard after 11/2/01; all discovery, except damage experts, shall be commenced in time to be completed by 11/30/01; dispositive motions, if any, including Marksman Motion, are to be served by 12/28/01, a conference is required before any such motion; a joint pretrial order togeth[...] in limine or motions to bifurcate shall be submitted by 1/18/[...] |

Ex. 6- Page 2 of 5
Dec. of John McIntyre

| | | |
|---|---|---|
| | | be ready for trial on 72 hours notice on or after 1/31/01; the estimated trial time is 5 days and this is a jury trial; the parties will notify the Court by 8/31/01 whether a reference to the Magistrate Judge would be useful for purposes of settlement and/or whether they consent to trial before a Magistrate Judge. The parrties may communicate with the Court with respect to these matters by joint letter. ( signed by Judge John G. Koeltl ); Copies mailed. (jp) (Entered: 06/27/2001) |
| 06/25/2001 | | Deadline(s) updated: reset answer due for 7/13/01 for Readsoft Inc., for Readsoft AB . (jp) (Entered: 06/27/2001) |
| 06/29/2001 | 6 | STIPULATION and ORDER, extending time for an answer to pltff's complaint. The foregoing is without prejudice to any and all of the parties' respective claims and defenses herein ; reset answer to the complaint due for 7/13/01 for Readsoft Inc., for Readsoft AB . ( signed by Judge John G. Koeltl ) (kg) (Entered: 06/29/2001) |
| 07/13/2001 | 15 | NOTICE OF MOTION (filed on service date) by Readsoft AB, Readsoft Inc. to transfer case to the Southern District of California purs to 28 U.S.C. section 1404(a) ; Return date not indicated. (djc) (Entered: 08/07/2001) |
| 07/13/2001 | 17 | NOTICE OF MOTION (filed on service date) by Readsoft AB, Readsoft Inc.; for an order dismissing complaint for Injunctive Relief and Damages for Patent Infringement on grounds of insufficient service of process purs to FRCP 12(b)(5) ; Return date not indicaed. (djc) (Entered: 08/07/2001) |
| 07/30/2001 | 7 | AFFIDAVIT OF SERVICE of summons, complaint, civil cover sheet, Rule 1.9 Statement and the Individual Practices of Judge Koeltl and of Mag. Judge Pitman, as to Readsoft AB, Readsoft Inc. by William Reh on 5/3/01. (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 8 | DECLARATION of Mitchell Medina by Millennium, L.P. in support of pltff's opposition to Readsoft AB's motion to dismiss purs. to Rule 12(b)(5) of the F.R.C.P. (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 9 | DECLARATION of Anthony A. Coppola by Millennium, L.P. in support of pltff's opposition to Readsoft AB's motion to dismiss purs. to Rule 12(b)(5) of the F.R.C.P. (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 10 | MEMORANDUM OF LAW by Millennium, L.P. in opposition to deft Readsoft AB's motion to dismiss purs. to Rule 12(b)(5) of the F.R.C.P. (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 11 | REPLY by Millennium, L.P. to the counterclaim of deft Readsoft, Inc.; Firm of: Abelman, Frayne & Schwab by attorney Jeffrey A. Schwab, Anthony A. Coppola. (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 12 | DECLARATION of Mitchell Medina by Millennium, L.P. in support of pltff's opposition to defts' motion to transfer purs. to 28 U.S.C. Sec. 1404(a). (sn) (Entered: 08/02/2001) |
| 07/30/2001 | 13 | MEMORANDUM OF LAW by Millennium, L.P. in opposition to defts' motion to transfer purs. to 28 U.S.C. Sec. 1404(a). (sn) (Entered: 08/02/2001) |
| 08/03/2001 | 14 | RULE 1.9 CERTIFICATE filed by Readsoft AB, Readsoft Inc. (djc) (Entered: 08/07/2001) |
| 08/03/2001 | 16 | MEMORANDUM OF LAW by Readsoft AB, Readsoft Inc. in support of [15-1] motion to transfer case to the Southern District of California purs to 28 U.S.C. section 1404(a) . (djc) (Entered: 08/07/2001) |

Ex. 6- Page 3 of 5
Dec. of John McIntyre

| Date | # | Description |
|---|---|---|
| 08/03/2001 | 18 | MEMORANDUM OF LAW by Readsoft AB, Readsoft Inc. in support of [17-1] motion for an order dismissing complaint for Injunctive Relief and Damages for Patent Infringement on grounds of insufficient service of process purs to FRCP 12(b)(5) . (djc) (Entered: 08/07/2001) |
| 08/03/2001 | 19 | ANSWER to Complaint and COUNTERCLAIM by Readsoft AB, Readsoft Inc. (Attorney Steven C. Schroer) against Millennium, L.P.; Firm of: Fitch, Even, Tabin & Flannery by attorney Steven C. Schroer for defendant Readsoft Inc. (djc) (Entered: 08/07/2001) |
| 08/10/2001 | 20 | REPLY BRIEF by Readsoft AB, Readsoft Inc. in support of [17-1] motion for an order dismissing complaint for Injunctive Relief and Damages for Patent Infringement on grounds of insufficient service of process purs to FRCP 12(b)(5), [15-1] motion to transfer case to the Southern District of California purs 28 U.S.C. section 1404(a) (djc) Modified on 08/14/2001 (Entered: 08/14/2001) |
| 08/10/2001 | 21 | NOTICE of Withdrawal by Readsoft AB Motion to Dismiss Purs to Rule 12(b)(5) off the FRCP (djc) (Entered: 08/14/2001) |
| 08/15/2001 | 22 | ANSWER to Complaint and COUNTERCLAIM by Readsoft AB (Attorney Steven C. Schroer) against Millennium, L.P.; Firm of: Fitch, Even, Tabin & Flannery by attorney Steven C. Schroer for defendant Readsoft Inc. (tp) (Entered: 08/17/2001) |
| 09/10/2001 | 23 | REPLY by Millennium, L.P. to [22-2] counterclaim; Firm of: Abelman, Frayne & Schwab by attorney Anthony A. Coppola for counter-defendant Millennium, L.P. (kkc) (Entered: 09/19/2001) |
| 09/28/2001 | 24 | STIPULATION AND ORDER, regarding procedures that will govern the handling of "Confidential Information." This Stipulation and Order is not binding on the Court or Court personnel. The Court may modify this Stip. & Order at any time. ( signed by Judge John G. Koeltl ) (sac) (Entered: 10/01/2001) |
| 11/29/2001 | 25 | STIPULATED ORDER EXTENDING THE DISCOVERY PERIOD, that all discovery except for damages experts shall be completed by 1/30/02; Dispositive motions, if any, are to be served by 2/28/02; A joint pretrial order together with any motions in limine or motions to bifurcate shall be submitted by 3/19/02; and the parties shall be ready for trial on 72 hours notice on or after 3/31/02 . ( signed by Judge John G. Koeltl ) (tp) (Entered: 12/03/2001) |
| 11/29/2001 | | Deadline(s) updated: joint pre-trial order due for 3/19/02 , motions to bifurcate shall be submitted by 3/19/02 , the parties shall be ready for trial on 72 hours notice on or after 3/31/02 . (tp) (Entered: 12/03/2001) |
| 12/26/2001 | 26 | Memo-Endorsement on letter addressed to Judge Koeltl from Steven C. Schroer, dated 12/18/01. Re: Mr. Schroer wwrites this Court requesting clarification, or, alternatively, whether he might appear by telephone; (1) The Court will hear argument on the motion to transfer. (2) The Court will also hear the parties' positions with respect to the discovery dispute because the timing of that dispute is intertwined with the motion to transfer. (3) The Court prefers a personal appearance by all counsel, but would, if necessary, have a telephone appearance. A reporter will be present . ( signed by Judge John G. Koeltl ); Copies mailed. (tp) (Entered: 12/28/2001) |
| 01/15/2002 | 27 | ORDER; for the reasons stated herein, this case is transferred to the Southern District of CA purs. to 28 U.S.C. Sec. 1404(a). The Clerk of Court is directed to transfer this case and to close the case on the docket of this Court . ( signed by Judge John G. Koeltl ); Copies mailed. (sn) (Entered: 01/17/2002) |

Ex. 6- Page 4 of 5
Dec. of John McIntyre

| | | |
|---|---|---|
| 01/15/2002 | | Interdistrict transfer to the Southern District of California. Sent original file along with letter of acknowledgement, and a certified copy of the docket sheet and transfer order via Federal Express AIRBILL # 828734691687 on 1/23/02. (sn) (Entered: 01/17/2002) |
| 01/29/2002 | | Received notice from the USDC-Southern District of CA acknowledging receipt of transfer order, docket sheet and file. Assigned case no. 02 cv 152K (JFS). (sn) (Entered: 01/31/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2007 17:34:16 | | | |
| PACER Login: | tt0003 | Client Code: | 99998-1 |
| Description: | Docket Report | Search Criteria: | 1:01-cv-03734-JGK |
| Billable Pages: | 3 | Cost: | 0.24 |