**EXHIBIT "7"**

**06 CV 0223**     ECF

## U.S. District Court
### Southern District of New York (Foley Square)
**CIVIL DOCKET FOR CASE #: 1:05-cv-05881-RPP**
Internal Use Only

| | |
|---|---|
| Millennium, L.P. v. Cedartech, Inc. <br> Assigned to: Judge Robert P. Patterson <br> Cause: 35:271 Patent Infringement | Date Filed: 06/24/2005 <br> Jury Demand: Plaintiff <br> Nature of Suit: 830 Patent <br> Jurisdiction: Federal Question |

**Plaintiff**
**Millennium, L.P.**    represented by **Jean-Marc Zimmerman**
Zimmerman, Levi & Korsinsky, LLP (NJ)
226 St. Paul Street
Westfield, NJ 07090
(908) 654-8000
Fax: 908 6547207
Email: jmzimmerman@zlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Cedartech, Inc.**    represented by **Robert J. Lane, Jr**
Hodgson Russ, LLP(NY57thSt)
152 West 57th Street, 35th Floor
New York, NY 10019
(716) 848-1474
Fax: (716) 849-0349
Email: rlane@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
       DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | 1 | COMPLAINT against Cedartech, Inc.. (Filing Fee $ 250.00, Receipt Number 547331)Document filed by Millennium, L.P..(laq, ) (Entered: 06/24/2005) |
| 06/24/2005 | | SUMMONS ISSUED as to Cedartech, Inc.. (laq, ) (Entered: 06/24/2005) |
| 06/24/2005 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Millennium, L.P..(laq, ) (Entered: 06/24/2005) |

| | | |
|---|---|---|
| 06/24/2005 | | Magistrate Judge Debra Freeman is so designated. (laq, ) (Entered: 06/24/2005) |
| 06/24/2005 | | Case Designated ECF. (laq, ) (Entered: 06/24/2005) |
| 07/25/2005 | 3 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Cedartech, Inc..(Lane, Robert) (Entered: 07/25/2005) |
| 07/25/2005 | 4 | ANSWER to Complaint. Document filed by Cedartech, Inc..(Lane, Robert) (Entered: 07/25/2005) |
| 08/16/2005 | 5 | ENDORSED LETTER addressed to Judge Robert P. Patterson from Jean-Marc Zimmerman dated 8/11/05; Case Management Conference set for 9/27/2005 at 9:30 AM before Judge Robert P. Patterson. (Signed by Judge Robert P. Patterson on 8/12/05) (sac, ) (Entered: 08/16/2005) |
| 09/26/2005 | 6 | ENDORSED LETTER addressed to Judge Robert P. Patterson from Jean-Marc Zimmerman dated 9/23/05 re: Application GRANTED. The case management conference is adjourned to 10/26/05 at 9:30 a.m. (Signed by Judge Robert P. Patterson on 9/26/05) (db, ) (Entered: 09/27/2005) |
| 09/26/2005 | | Set/Reset Hearings: Case Management Conference set for 10/26/2005 09:30 AM before Judge Robert P. Patterson. (db, ) (Entered: 09/27/2005) |
| 10/26/2005 | | Minute Entry for proceedings held before Judge Robert P. Patterson : Pretrial Conference held on 10/26/2005. Rule 26 by 11/15/05, motion to change venue by 11/14/05. (sac, ) (Entered: 10/26/2005) |
| 10/27/2005 | 7 | SCHEDULING ORDER:Rule 26 compliance by 11/15/05. Motion to change venue due by 11/14/2005. (Signed by Judge Robert P. Patterson on 10/27/05) (pl, ) (Entered: 10/31/2005) |
| 11/14/2005 | 8 | MOTION to Transfer Case. Document filed by Cedartech, Inc.. Return Date set for 12/20/2005 09:30 AM. (Lane, Robert) (Entered: 11/14/2005) |
| 11/14/2005 | 9 | DECLARATION of Sargur N. Srihari in Support re: 8 MOTION to Transfer Case.. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 11/14/2005) |
| 11/14/2005 | 10 | MEMORANDUM OF LAW in Support re: 8 MOTION to Transfer Case.. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 11/14/2005) |
| 11/14/2005 | 11 | CERTIFICATE OF SERVICE of Notice of Motion to Transfer Venue, Memorandum in Support and Supporting Declaration served on Jean-Marc Zimmerman, Esq. on 11/14/05. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 11/14/2005) |
| 12/05/2005 | 12 | MEMORANDUM OF LAW in Opposition re: 8 MOTION to Transfer Case.. Document filed by Millennium, L.P.. (Attachments: # 1 Declaration of Mitchell Medina# 2 Declaration of Jean-Marc Zimmerman# 3 Text of Proposed Order # 4 Certificate of Service) (Zimmerman, Jean-Marc) (Entered: 12/05/2005) |

SDNY CM/ECF Version 2.0.5 - Docket Report    Filed 04/05/2006    Page 3 of 3

| | | |
|---|---|---|
| 12/12/2005 | 13 | DECLARATION of Sargur N. Srihari in Support re: 8 MOTION to Transfer Case.. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 12/12/2005) |
| 12/12/2005 | 14 | DECLARATION of Robert J. Lane, Jr. in Support re: 8 MOTION to Transfer Case.. Document filed by Cedartech, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Lane, Robert) (Entered: 12/12/2005) |
| 12/12/2005 | 15 | REPLY MEMORANDUM OF LAW in Support re: 8 MOTION to Transfer Case.. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 12/12/2005) |
| 12/12/2005 | 16 | CERTIFICATE OF SERVICE of Reply Declaration of Sargur N. Srihari, Reply Declaration of Robert J. Lane, Jr., and Reply Memorandum of Law served on Millennium, L.P. on 12/12/05. Service was made by Mail. Document filed by Cedartech, Inc.. (Lane, Robert) (Entered: 12/12/2005) |
| 01/05/2006 | 17 | MEMO ENDORSEMENT: This case is transferred to the Western District of New York for the reasons stated herein. So Ordered (Signed by Judge Robert P. Patterson on 1/5/06) (js, ) (Entered: 01/06/2006) |
| 01/18/2006 | 18 | TRANSCRIPT of proceedings held on 12/20/05 before Judge Robert P. Patterson. (lma, ) (Entered: 01/18/2006) |