# EXHIBIT "8"

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Attorneys for Plaintiff Millennium, L.P.

| | |
|---|---|
| MILLENNIUM, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CEDARTECH, INC., <br><br> Defendant. | Civil Action No. 05 CV 5881 (RPP) <br><br> DECLARATION OF <br> MITCHELL MEDINA |

Mitchell Medina hereby declares under penalty of perjury as follows:

1. I am the Principal of Millennium, L.P. ("Millennium"), the Plaintiff in the above-identified matter and have knowledge of the facts set forth below. I submit this Declaration in Opposition to Defendant Cedartech, Inc.'s Motion to Transfer to the Western District of New York.

2. Millennium is the owner of U.S. Patent Nos. 5,258,855, 5,369,508, 5,625,465, 5,768,416 and 6,094,505 (hereinafter "the Patents"), each entitled Information Processing Methodology.

3. I am a U.S. citizen and an inventor of the Patents. I am solely responsible for conducting the business affairs of Millennium.

4. I have access to lodging and office space in this district to tend to my business affairs including those of Millennium.

5. Although Millennium is incorporated in the Cayman Islands, it has no operations or employees located there.

I declare under the laws of the United States that the foregoing is true and correct.

_____
Mitchell Medina

Dated: December 5th, 2005
Nairobi, Kenya