UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------  x
                                                           :
MILLENNIUM, L.P.,                                          :          Index No.:  07-CV-4061 (RWS)
                                                           :
                                    Plaintiff,             :          **DEFENDANT'S RULE 7.1**
                                                           :          **CORPORATE DISCLOSURE**
            -against-                                      :          **STATEMENT**
                                                           :
COLUMBIASOFT CORPORATION,                                  :
                                                           :
                                    Defendant.             :
---------------------------------------------------------  x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant ColumbiaSoft Corporation, certifies the following: that it has no parent

corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  New York, New York          COLE, SCHOTZ, MEISEL,
        Dated: July 2, 2007             FORMAN & LEONARD, P.A.
                                    A Professional Corporation
                                    Attorneys for Defendant,
                                    ColumbiaSoft Corporation


                                    By:  _s/s David M. Kohane_____
                                         David M. Kohane
                                         900 Third Avenue, 16th floor
                                         New York, NY 10022-4728
                                         (212) 752-8000