UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                        :
MILLENNIUM, L.P.,                                       :    Index No.: 07-CV-4061 (RWS)
                                                        :
                Plaintiff,                              :    ORDER
                                                        :
        -against-                                       :
                                                        :
COLUMBIASOFT CORPORATION,                               :
                                                        :
                Defendant.                              :
------------------------------------------------------- :
                                                        x
```

    THIS MATTER having been presented to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendant Columbiasoft Corporation ("Defendant"), on notice of motion for an Order granting defendant's transfer of venue to the United States District Court for the District of Oregon pursuant to 28 U.S.C. § 1404(a), and the Court having considered the papers submitted by all parties; and other good cause having been shown for the entry of this Order;

    IT IS on this _____ day of _____, 2007

    ORDERED that

    1.    Defendant's motion to transfer venue of this action to the United States District Court for the District of Oregon pursuant to 28 U.S.C. § 1404(a) is hereby Granted.

2

2. Defendant must serve a copy of this Order on all counsel in this case within _____ days of the date of this Order.

_____
Hon. Robert W. Sweet, U.S.D.J.

2