UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
MILLENNIUM, L.P.,                                            : Index No.: 07-CV-4061 (RWS)
                                                             :
           Plaintiff,                                        : **CERTIFICATION OF SERVICE**
                                                             :
    -against-                                                :
                                                             :
COLUMBIASOFT CORPORATION,                                    :
                                                             :
           Defendant.                                        :
------------------------------------------------------------- x

KAREN L. CHIANDUSSE being of full age hereby states that:

I am a Paralegal employed by the law firm Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendant ColumbiaSoft Corporation in the above-captioned matter.

1.     On the **2nd** day of July 2007, I served a copy of the following documents on behalf of Defendant:

(a).   Notice of Motion to Transfer Venue to the United States District Court of Oregon Pursuant to 28 U.S.C. § 1404(a);

(b).   Brief in Support of Motion to Transfer Venue

(c).   Certification of John McIntyre;

(d).   Certification of Richard Day;

(e).   Rule 7.1 Disclosure Statement; and

(f).   Proposed form of Order

via Electronic E-mail and Regular Mail delivery upon

Jean-Marc Zimmerman, Esq.
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, New Jersey 07090
**Attorneys for Plaintiff Millennium, LLP**

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2007

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Defendant ColumbiaSoft

By: /s/ Karen Chiandusse
Karen L. Chiandusse