USDC SDNY
DOCUMENT
7/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

MILLENNIUM, L.P.,

        Plaintiff,

  - against -

COLUMBIASOFT CORPORATION,

        Defendant.

------------------------------------------X

07 Civ. 4061 (RWS)

O R D E R

**Sweet, D.J.,**

    The motion of defendant dated July 2, 2007, will be taken on submission on Wednesday, July 25, 2007. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**July 10, 2007**

ROBERT W. SWEET
U.S.D.J.