Sweet T J

07/23/2007 10:30 FAX 0086547207      WESTFIELD-LAW                                 ☒002



RECEIVED
AUG 3 2007
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
                                                 :
MILLENNIUM, L.P.,                                :    Index No.: 07-CV-4061 (RWS)
                                                 :
                        Plaintiff,               :    CONSENT ORDER CHANGING
                                                 :    VENUE TO THE UNITED STATES
          -against-                              :    DISTRICT COURT FOR THE
                                                 :    DISTRICT OF OREGON
COLUMBIASOFT CORPORATION,                        :    PURSUANT TO 28 U.S.C. § 1404(a)
                                                 :
                        Defendant.               :
------------------------------------------------ x

**THIS MATTER** having come before the Court on motion of defendant ColumbiaSoft Corporation ("Defendant") for an Order transferring venue to the United States District Court for the District of Oregon pursuant to 28 U.S.C. § 1404(a); and the parties having consented to the form and entry of this Order; and other good cause appearing for the entry of this Order;

IT IS, this **7th** day of ~~July~~ **August** 2007,

1.  ORDERED, that this action be transferred to the United States District Court for the District of Oregon, pursuant to 28 U.S.C. § 1404(a), and it is further

2.  ORDERED, that a copy of this Order shall be served upon all counsel of record within **10** days after receipt of this Order by counsel for plaintiff.

8-7-07

Kimba M. Wood
Hon. ~~Robert W. Sweet~~, U.S.D.J.
Part I

4491.30001-148560911



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/9/07

We hereby consent to the form
and entry of this Consent Order

By: David M. Kohane, Esq.
COLE, SCHOTZ, MEISEL, FORMAN
& LEONARD P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attorneys for Defendant ColumbiaSoft Corporation
Dated: 7/27/07


By: Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI & KORSINSKY, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Attorneys for Plaintiff Millennium, L.P.

Dated: 7/23/07

44913/0001-1485609v1